# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

TYRA M. LOPEZ,

       Plaintiff,

   v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

District Judge Matthew F. Leitman

Case No.   2:25-cv-13443-MFL-EAS

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Plaintiff Tyra M. Lopez and Defendant The Prudential Insurance Company of America (incorrectly sued as "Prudential Insurance Company of America")(collectively, "the Parties"), by and through their respective attorneys, hereby notify the Court that on June 11, 2026, the Parties reached a conditional settlement in this matter. The Parties anticipate that they will be able to file a joint stipulation of dismissal with prejudice within sixty (60) days of the filing of this notice, and the Parties respectfully request that the Court stay the remaining deadlines for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an Order staying the deadlines in the case for sixty (60) days.

326580517v.1

**DATED: June 17, 2026**

By: /s/ *Julie M. Kamps*

Julie M. Kamps
Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile:  (312) 460-7000
jkamps@seyfarth.com

Hans Massaquoi
Lewis & Munday PC
535 Griswold, Suite 2300
Detroit, Michigan 48226
Telephone:(313) 961-2550, Ext. 4116
Facsimile: (313) 961-1270
Email: hmassaquoi@lewismunday.com

*Attorneys for Defendant The Prudential Insurance Company of America*

By: /s/ *Robert B. June* (*with permission*)

Robert B. June
Law Offices of Robert June, P.C.
415 Detroit Street, 2nd Floor
Ann Arbor, MI 48104-1117
Telephone: (734) 481-1000
bobjune@junelaw.com

*Attorneys for Plaintiff Tyra M. Lopez*

326580517v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joint Notice of

Settlement and Request for Stay was electronically filed with the Clerk of the court

using the CM/ECF system, and served by e-filing on this 17th day of June, 2026,

to the following counsel of record for Plaintiff:

> Robert B. June
> Law Offices of Robert June, P.C.
> 415 Detroit Street, 2nd Floor
> Ann Arbor, MI 48104-1117
> Telephone: (734) 481-1000
> bobjune@junelaw.com

> */s/ Julie M. Kamps*
> Julie M. Kamps

326580517v.1