UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


TYRA M. LOPEZ,

       Plaintiff,                           Case No. 25-cv-13443
                                              Hon. Matthew F. Leitman

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

       Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the stipulation of the parties, and otherwise being

fully advised in the premises;

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice and

without costs assessed against any party.

                                   /s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  July 6, 2026

## **Stipulation**

The parties, through counsel, hereby stipulate to entry of this Order, which is approved as to form and content.


_s/Robert B. June_                          _s/Julie M. Kamps_
Robert B. June                              Julie M. Kamps
Law Offices of Robert June, P.C.            Seyfarth Shaw LLP
Attorney for Plaintiff                      Attorney for Defendant